UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 12-00339-EJD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER RESCHEDULING DATE |
| ) | FOR STATUS CONFERENCE AND |
| vs. ) | EXCLUDING TIME. |
| ) | |
| JOSE PEREZ, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the annexed stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the previously set date for the next appearance of this case, August 6, 2012, is vacated and rescheduled to September 17, 2012 at 1:30 p.m.; and IT IS FURTHER ORDERED that the time between August 6, 2012 to and including September 17, 2012 is excluded *per* 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The Court finds the ends of justice

**Order Rescheduling Date** 1

served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The reason for the finding is that failure to grant the continuance would deny the defendant effective representation, taking into account the exercise of due diligence, *per* 18 U.S.C. §3161(h)(7)(A) and (B)(iv), because the parties are engaging in further discovery disclosures as well as settlement negotiations.

The matter is continued to September 17, 2012, at 1:30 p.m., for further proceedings.

SO ORDERED.

Dated:  August  2 , 2012



EDWARD J. DAVILA
United States District Judge

**Order Rescheduling Date** 2